USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                    :

JOSE REINALDO YUQUILEMA MULLO,    :
SILVERIO FLORES,                          :

                              Plaintiffs,      :        22-CV-2430 (VEC)

                                       :

                 -against-            :         <u>ORDER</u>

                                       :

DOORDASH, INC., ERIN ANDEREGG, TONY XU,  :

                                     :

                       Defendants.    :

                                       :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 11, 2022, Plaintiffs filed a complaint in New York Country

Supreme Court against Defendants alleging violations of the Fair Labor Standards Act and New

York Labor Law, Dkt. 1-2;

       WHEREAS on March 25, 2022, Defendants removed the case to federal court, Dkt. 1;

       WHEREAS on April 8, 2022, Defendants moved to compel arbitration, Dkt. 10; and

       WHEREAS Plaintiff's counsel has not filed a notice of appearance in this action.

       IT IS HEREBY ORDERED that Plaintiff's counsel must file a notice of appearance by

no later than **Wednesday, April 20, 2022**.  If Plaintiff's counsel does not appear by the deadline,

the Court will order Plaintiff to show cause why the case should not be dismissed with prejudice

for failure to prosecute.

       IT IS FURTHER ORDERED that Plaintiff's response in opposition to the motion to

compel is due no later than **Friday, April 29, 2022**.  Defendants' reply in support of their motion

is due no later than **Friday, May 13, 2022**.

IT IS FURTHER ORDERED that by no later than **Wednesday, April 13, 2022**,

Defendants' must serve a copy of this Order on Plaintiff's counsel via email and Federal Express

and file proof of service on the docket.


**SO ORDERED.**

**Date:  April 11, 2022**
**        New York, NY**                                         **VALERIE CAPRONI**
                                                      **United States District Judge**