USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE REINALDO YUQUILEMA MULLO,
SILVERIO FLORES,

                          Plaintiffs,              22-CV-2430 (VEC)

           -against-                           ORDER

DOORDASH, INC., ERIN ANDEREGG, TONY XU,

                          Defendants.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 8, 2022, Defendants moved to compel arbitration, Dkt. 10;

WHEREAS Plaintiff's response in opposition to the motion was due Friday, April 29, 2022, Dkt. 14; and

WHEREAS Plaintiff did not respond to the motion by the deadline.

IT IS HEREBY ORDERED that Plaintiff's deadline to respond in opposition to the motion to compel arbitration is adjourned *nunc pro tunc* to **Thursday, May 5, 2022**. If Plaintiff does not respond by the deadline, the Court will consider the motion unopposed and will grant the motion. Defendants' reply in support of their motion is due no later than **Friday, May 20, 2022**.

**SO ORDERED.**

Date: May 2, 2022
      New York, NY

                                                    **VALERIE CAPRONI**
                                                   **United States District Judge**